**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**CIVIL ACTION NO.: 5:03CV136-V**

| | | | |
|---|---|---|---|
| **MARY E. JACKSON,** | ) | | |
| | ) | | |
| **Plaintiff,** | ) | | |
| | ) | | |
| **vs.** | ) | _____ | **JUDGMENT** |
| | ) | | |
| **JO ANNE B. BARNHART,** | ) | | |
| **Commissioner of Social Security,** | ) | | |
| | ) | | |
| **Defendant.** | ) | | |
| _____ | ) | | |

In accordance with the Order filed October 12, 2005, **IT IS HEREBY ORDERED,**

**ADJUDGED, AND DECREED** that Defendant's Motion for Summary Judgment is hereby

**DENIED**, that the Commissioner's decision is **REVERSED**, and that the case is hereby

**REMANDED** to the ALJ pursuant to sentence four of 42 U.S.C. § 405(g) for further

proceedings in conjunction with the October 12, 2005 Order.

**Signed: October 13, 2005**

Richard L. Voorhees
United States District Judge